rev. 8/31/07

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 5 min | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Simone Voltz | REPORTER/FTR<br>9:58-10:03 | |
| MAGISTRATE JUDGE<br>Nandor J. Vadas | DATE<br>June 25, 2008 | NEW CASE ☐ | CASE NUMBER<br>4-08-70344 WDB |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Francisco Tijero | AGE<br>20 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Patrick Robbins (CJA)(Prov. Appt.) | PD. ☐  RET. ☐<br>APPT. ☒ | |
| U.S. ATTORNEY<br>Nicole Kim | | INTERPRETER<br>Monique Inciarte (Spanish) | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Betty Kim | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR<br>4 min. | ☐ | PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ | STATUS |
| ☒ | I.D. COUNSEL<br>1 min. | ☐ | ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ | ATTY APPT HEARING |

FILED
JUN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☒ TRUE NAME:<br>Francisco Javier Tijero | |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☒ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

| ☒ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF |
|---|

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>7/9/08 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS /<br>TRIAL SET |
| AT:<br>9:30AM | ☒ SUBMIT FINAN.<br>AFFIDAVIT | ☒ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>NJV (MEJ Courtroom) | ☐ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

**ADDITIONAL PROCEEDINGS**

Defendant has an INS Hold.
cc: NJV, MEJ, WDB, Pretrial

DOCUMENT NUMBER: